THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUZANNE NADEAU, an individual, | CASE NO. C18-0692-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MURDOCK D. MACPHERSON JR., an individual, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for voluntary dismissal (Dkt. No. 9). Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby GRANTS Plaintiff's motion. This case is DISMISSED with prejudice and without an award of attorney fees to either party. The Clerk is DIRECTED to close this case.

DATED this 13th day of February 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk